IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RODERICK JACKSON, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:17-CV-287 (MTT) |
| GEORGIA DEPARTMENT OF CORRECTIONS, *et al.*, | ) |
| Defendants. | ) |

## ORDER

After reviewing the Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, United States Magistrate Judge Stephen Hyles allowed the Plaintiff's Eighth Amendment claims relating to his confinement in administrative segregation and his First Amendment retaliation claims against Defendants McKenzie and McLaughlin to proceed for further factual development. Doc. 12 at 20. The Magistrate Judge also allowed the Plaintiff's RLUIPA claims against all Defendants to proceed, but he recommends that, to the extent the Plaintiff seeks monetary damages under RLUIPA or seeks to bring his RLUIPA claims against the Defendants in their individual capacities, those claims be dismissed without prejudice. *Id.* The Magistrate Judge also recommends dismissing without prejudice the following claims: (1) claims against Defendant McLaughlin based on respondeat superior; (2) any remaining Eighth Amendment claims; (3) any conspiracy, defamation, and Fourteenth Amendment claims; and (4) Section 1983 claims against Defendant Georgia Department of Corrections. *Id.* at 20-21. The Plaintiff has not objected to the Recommendation.

The Court has reviewed the Recommendation and accepts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, to the extent the Plaintiff seeks monetary damages or seeks to bring his RLUIPA claims against the Defendants in their individual capacities, his RLUIPA claims are **DISMISSED without prejudice**. The following claims are also **DISMISSED without prejudice**: (1) claims against Defendant McLaughlin based on respondeat superior; (2) any remaining Eighth Amendment claims; (3) any conspiracy, defamation, and Fourteenth Amendment claims; and (4) Section 1983 claims against Defendant Georgia Department of Corrections. The following claims remain: (1) RLUIPA claims against all Defendants but not for monetary damages and not against the Defendants in their individual capacities; (2) Eighth Amendment claims relating to confinement in administrative segregation against Defendants McKenzie and McLaughlin; and (3) First Amendment retaliation claims against Defendants McKenzie and McLaughlin.

**SO ORDERED,** this 6th day of February, 2018.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT