**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **RODERICK JACKSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:17-CV-287 (MTT)** |
| | ) | |
| **GEORGIA DEPARTMENT OF** | ) | |
| **CORRECTIONS,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

United States Magistrate Judge Stephen Hyles recommends granting the Defendants' motions for judgment on the pleadings (Docs. 8; 13) and dismissing the Plaintiff's claims for failure to exhaust his administrative remedies.  Doc. 15 at 1, 3.  The Plaintiff has not objected to the Recommendation.  The Court has reviewed the Recommendation and accepts the findings, conclusions, and recommendations of the Magistrate Judge.  The Recommendation is **ADOPTED** and made the order of this Court.  Accordingly, the Defendants' motions for judgment on the pleadings (Docs. 8; 13) are **GRANTED** and the Plaintiff's claims are **DISMISSED without prejudice**.

**SO ORDERED,** this 31st day of July, 2018.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT